# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JERRY MOORE

NO. 2022 KW 0718

**SEPTEMBER 12, 2022**

---

In Re:    Jerry Moore, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 355,706-1.

---

**BEFORE:    WELCH, LANIER, AND WOLFE, JJ.**

   **WRIT DENIED.**

                    **JEW**
                    **WIL**
                    **EW**

COURT OF APPEAL, FIRST CIRCUIT

_a.Sw_
_____
DEPUTY CLERK OF COURT
      FOR THE COURT